IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE YANG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al. | : | NO. 13-CV-2725 |

**ORDER**

AND NOW, this 21st day of November, 2013, IT IS HEREBY ORDERED that the defendants' motions to dismiss (Dkts. 5, 6) are GRANTED as to plaintiff's claims for punitive damages and DENIED in all other respects.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.